LODGED

2012 MAY 14 AM 11:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

FILED

2012 MAY 18 PM 5:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ARTHUR MARIKYAN | CASE NUMBER |
| --- | --- |
| V.   PLAINTIFF(S) | CV12- 4160 UA (DUTYx) |
| NORTH AMERICAN COLLECTORS, ET AL; | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S) | |

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____          _____
Date                              United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency.         ☐ District Court lacks jurisdiction.

☐ Legally and/or factually patently frivolous    ☐ Immunity as to _____

☒ Other: _Inconsistent financial information for same plaintiff on:_

Comments: CV12-4172
CV12-4157
CV12-4160
_Submit consistent info. on new IFP forms within 30 days._

5/15/12          _[signature]_
Date              United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
☐ GRANTED     ☒ DENIED (See comments above). w/out prejudice

5/17/12          _Audrey B. Collins_

CV-73A (01/10)     ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE